IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-

                                    Criminal Action No.
                                    24-00172-01-CR-W-DGK

RAMELLO ROBINSON-PARKS,

        Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: **Superseding Indictment (Doc. 27)**:

    Counts I and IV:  Felon in possession of a firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

    Counts II and VI:  Possession with intent to distribute cocaine *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(C

    Count III:  Possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A)(i)

    Count V:  Possession with intent to distribute phencyclidine (PCP) *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(B)

    Count VII:  Felon in possession of a firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Matthew Moeder
        Case Agent: Detective Jeremy Gragg, KCMPD
    Defense: Lisa Nouri

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:

        Government: 16-20 with stipulations; 25 without stipulations

        Defense: 1 witness, including Defendant who (   ) will

                                                  ( x ) may

                                                  (   ) will not testify

**TRIAL EXHIBITS**:

        Government:100 exhibits

        Defense: None

**DEFENSES**:

        ( x )    defense of general denial

        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:

        (  ) Definitely for trial             (  ) Possibly for trial

        (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **4.5 days**

        Government's case including jury selection: 4 days

        Defense case:.5 day

**STIPULATIONS**:

        (  )    not likely

        (  )    not appropriate

        ( x )    likely as to:

                ( x )    chain of custody

                ( x )    chemist's reports

                ( x )    prior felony conviction

                ( x )    interstate nexus of firearm

                ( x )    other: DNA

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

        **Witness and Exhibit Lists**: November 18, 2024

        Government: November 18, 2024

        Defense: November 18, 2024

        **Counsel are requested to list witnesses in alphabetical order on their witness list.**

        **Exhibit Index, Voir Dire, Jury Instructions**: November 18, 2024

        **Jury instructions must comply with Local Rule 51.1**

        **Motions in Limine**: November 18, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 12/2/2024

        **Please note**: Defense counsel prefers the first week of the docket, as she has an involved

        sentencing before District Judge Kays on 12/9/24, other court appearances and CLEs.

**OTHER**:

    (   )    A _____-speaking interpreter is required.

    (   )    Other assistive devices: _____

**IT IS SO ORDERED.**

_/s/ Jill A. Morris_____

JILL A. MORRIS

United States Magistrate Judge

3